USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

WALTER WARE,

                                            *Plaintiff*,

       -against-

CYNTHIA BRANN, *et al.*,

                                            *Defendants*.

------------------------------------------------------------------------- x

**ORDER TO PRODUCE PLAINTIFF FOR INITIAL PRETRIAL CONFERENCE**

No. 21 CV 2028 (PGG)(RWL)

        **WHEREAS,** Walter Ware (Book & Case No. 441-18-03480; NYSID No. 06263939R), Plaintiff *pro se*, is in the custody of the New York City Department of Correction ("DOC") and is currently housed at the Vernon C. Bain Center;

        **WHEREAS,** by Order of Reference (ECF No. 10), dated June 2, 2021, this action was referred to the undersigned for general pretrial purposes;

        **WHEREAS,** by Order (ECF No. 22), dated November 5, 2021, the Court scheduled a telephonic initial pretrial conference for December 15, 2021, at 9:30 a.m.;

        **IT IS HEREBY ORDERED** that the Warden, their delegee, or other official in charge of the Vernon C. Bain Center or of whichever DOC facility in which Plaintiff is housed at the date and time of the initial pretrial conference, shall produce Plaintiff, on December 15, 2021, at 9:30 a.m., to a place designated by the Warden, their delegee, or other official in charge for telephonic participation in the initial pretrial conference.

-2-

**IT IS FURTHER ORDERED** that counsel for the Defendants shall determine the telephone number at which Plaintiff will be reachable at the date and time of the initial pretrial conference and, on December 15, 2021, at 9:30 a.m., shall call (888) 398-2342 and enter access code 9543348 with Plaintiff on the line to participate in the initial pretrial conference.

It is **SO ORDERED.**

Dated: _____, 2021
       New York, New York

SO ORDERED:

_____   11/22/2021
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE