```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WALTER WARE                                      :
                                                 :       21-CV-2028 (PGG) (RWL)
                        Plaintiff,               :
                                                 :
        - against -                              :       ORDER
CYNTHIA BRANN, et al.,                           :
                                                 :
                        Defendants.              :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has filed a letter requesting an extension of 60 days for his responses to all deadlines. A status letter from defense counsel is due to be filed on or about April 14, 2022. In that status letter, defense counsel shall address Plaintiff's request, what pending items Plaintiff has yet to respond to, and what impact, if any, his request would have on the current case schedule.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 6, 2022
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff.