UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

WALTER WARE,

                                            *Plaintiff,*

                -against-

CYNTHIA BRANN, *et al.*,

                                    *Defendants.*

----------------------------------------------------------------------- x

**ORDER OF PRODUCTION**

No. 21 CV 2028 (PGG)(RWL)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2022

      **WHEREAS**, Defendants have applied for leave to take the deposition of Plaintiff Walter Ware (DIN No. 22B1979), an inmate housed within the Five Points Correctional Facility maintained by the New York State Department of Corrections and Community Supervision, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

      **IT IS HEREBY ORDERED** (1) that the Superintendent or other official in charge of Five Points Correctional Facility, located in Romulus, New York, produce inmate Walter Ware, DIN No. 22B1979, at a location within the facility for the taking of his deposition by video-teleconference, on a date and time on or before September 16, 2022, and to be arranged between staff at said facility and counsel for the Defendants, and for so long thereafter as the deposition continues; and (2) that Plaintiff appear in such place as designated by staff at Five Points Correctional Facility, so that his deposition may be taken by video-teleconference.

      It is **SO ORDERED.**

Dated:      _____, 2022
          New York, New York

SO ORDERED:

_____ 7/28/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE