UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WALTER WARE                                    :
                                               :      21-CV-2028 (PGG) (RWL)
                          Plaintiff,           :
                                               :
   - against -                                 :      ORDER
CYNTHIA BRANN, *et al.,*                       :
                                               :
                          Defendants.          :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On August 1, 2022, a letter from Plaintiff was entered on the docket (No. 52) in which Plaintiff raised concerns about not having received discovery responses from Defendant. Defendant shall file a response to the letter by August 9, 2022. Per the current schedule, discovery is set to close on September 16, 2022. (See Dkt. 50.)

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: August 5, 2022
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Walter Ware
DIN #22B1979
Five Points Correctional Facility
P.O. Box 119
State Route 96
Romulus, NY 14541