USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WALTER WARE

                Plaintiff,

   - against -

CYNTHIA BRANN, *et al.,*

                Defendants.
------------------------------------------------------------X

21-CV-2028 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By February 7, 2023, Defendant shall file a status report and also address the issue of Mr. Ware's deposition as set forth in his letter filed at Dkt. 76.

The Court has been receiving Mr. Ware's correspondence as reflected on the Court's docket and requiring Defendant to respond as appropriate. Per the last discovery extension (Dkt. 75), discovery was supposed to close by January 16, 2023 (incorrectly identified as 2021 in Defendant's letter at Dkt. 74).

By February 9, 2023 Defendant shall file proof of service on Plaintiff of a copy of this order along with the response that Defendant files on February 7, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 31, 2023
       New York, New York

2

Copies transmitted this date to all counsel of record.  The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Walter Ware
DIN #22B1979
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902