```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WALTER WARE                                   :
                                              :       21-CV-2028 (PGG) (RWL)
                    Plaintiff,                :
                                              :
        - against -                           :       **ORDER**
CYNTHIA BRANN, *et al.,*                      :
                                              :
                    Defendants.               :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By memo endorsed order at Dkt. 80 dated February 10, 2023, Defendant is required to file a status report every 30 days. No status report was filed in March or since, and Plaintiff is now, understandably, inquiring about status of his case. Accordingly, no later than April 11, 2023, Defendant shall file a status report; serve a copy on Plaintiff within two days of filing the status report; and file proof of service within two days thereafter.

The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff and note service on the record.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: April 5, 2023
       New York, New York

Copies transmitted this date to all counsel of record.  The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Walter Ware
DIN #22B1979
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902