USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

WALTER WARE

                Plaintiff,

- against -

CYNTHIA BRANN, *et al.*,

                Defendants.

-----------------------------------------------------------------X

21-CV-2028 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Defendant has informed the Court that discovery is complete. (Dkt. 88.) Defendant shall arrange a call with Plaintiff, to take place by **June 7, 2023**, to ask if Plaintiff intends to file a motion for summary judgment and raise any other matter the parties wish to discuss. By **June 14, 2023**, Defendant shall file a letter reporting whether either party intends to move for summary judgment.

      If either party intends to file a motion for summary judgment, they shall do so by **July 14, 2023;** any opposition must be filed by **August 31, 2023;** and any reply must be filed by **October 16, 2023.**

      If neither party intends to file a motion for summary judgment, then by **August 1, 2023**, the parties shall submit a pre-trial order in conformity with Judge Gardephe's rules.

      The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff and note service on the record.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: May 17, 2023
      New York, New York