```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WALTER WARE                                                 :
                                                            :         21-CV-2028 (PGG) (RWL)
                              Plaintiff,                    :
                                                            :                ORDER
         - against -                                        :
                                                            :
CYNTHIA BRANN, et al.,                                      :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2023

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By July 31, 2023, Defendants shall respond to Plaintiff's letter at Dkt. 99.

The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff and note service on the record.

                                                                 SO ORDERED.

                                                            _____
                                                            ROBERT W. LEHRBURGER
                                                            UNITED STATES MAGISTRATE JUDGE

Dated: July 22, 2023
       New York, New York