UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

WALTER WARE                                         :
                                                    :
                              Plaintiff,            :
                                                    :
              - against -                           :
                                                    :
CYNTHIA BRANN, *et al.,*                             :
                                                    :
                              Defendants.            :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2023
```

21-CV-2028 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Recent mailings to Plaintiff have been returned to sender with a notation that Plaintiff has been released from incarceration.  Defendants shall inquire to determine if there is a forwarding address for Plaintiff and shall report to the Court regarding same by August 30, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 23, 2023
     New York, New York