```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
WALTER WARE                                                :
                                                           :      21-CV-2028 (PGG) (RWL)
                          Plaintiff,                       :
                                                           :      **ORDER**
       - against -                                         :
                                                           :
CYNTHIA BRANN, *et al.*,                                   :
                                                           :
                          Defendants.                      :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has filed a letter dated August 17, 2023 at Dkt. 106 concerning his request to file an amended complaint. The last couple of mailings to Plaintiff have been returned to sender. Plaintiff's letter lists a new address, apparently reflecting a move from one facility to another. Additionally, one of the returned items is the Court's order of August 1, 2023 at Dkt. 104. denying his letter motion to file an amended complaint. Accordingly, it is hereby ORDERED that:

1. The Clerk of Court update Plaintiff's address on ECF to the address identified in Dkt. 106.

2. The Clerk of Court mail to Plaintiff copies of Dkts. 101 and 104 as well as the instant order.

3. Plaintiff's requests in Dkt. 106 are denied as having previously been resolved at Dkts. 101 and 104.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 29, 2023
      New York, New York