

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2023
```

**THE CITY OF NEW YORK**

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DAVID S. THAYER
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

November 22, 2023

Granted.

SO ORDERED:

11/27/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

*Via ECF*

The Honorable Robert W. Lehrburger
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Ware v. Brann, *et al.*, No. 21 CV 2028 (PGG)(RWL)**

Dear Magistrate Judge Lehrburger:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, the Honorable Sylvia O. Hinds-Radix, attorney for Defendants in the above-referenced action. I write to respectfully request a 2-week extension of the briefing schedule for the parties' cross motions for summary judgment in this action.

      This extension is requested due to the fact that both internal approval and client approval of the Defendants' cross-moving papers cannot be secured in advance of the filing in light of absences during the Thanksgiving holiday, impeding the finalization of papers. In addition, the New York City Department of Correction's opposition to a class certification motion in the putative class action[1] (which would likely encompass Plaintiff here) concerning its response to the COVID-19 pandemic is due next week, and staff at the New York City Law Department, at the Department of Correction, and at Correctional Health Services have limited availability in light of this forthcoming filing. As such, I respectfully request a 2-week extension to December 8, 2023, of Defendants' time to cross move.

---

[1] This lead case in the consolidated putative class action is *Azor-El v. City of New York*, 20 CV 3650 (KPF) (S.D.N.Y.).

The requested 2-week extension would adjust the deadlines as follows: [2]

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants' cross-moving and opposition papers due on or before | November 24, 2023 | December 8, 2023 |
| Plaintiff's reply and opposition papers due on or before | January 4, 2024 | January 18, 2024 |
| Defendants' reply papers due on or before | January 29, 2024 | February 12, 2024 |

This is the second request by Defendants for an extension of the parties' briefing schedule on their cross motions for summary judgment, the first having been granted, (ECF No. 111). Due to Plaintiffs' incarceration and his *pro se* status, I am unable to receive his consent to this application in advance of its submission.

I thank the Court for its consideration of this request.

Respectfully yours,

*/s/ David S. Thayer*

David S. Thayer

cc: ***Via First-Class Mail***
Walter Ware
ID#22B1979
Green Haven Correctional Facility
P.O. Box 4000
Stormville, NY 12582
*Plaintiff pro se*

---

[2] Plaintiff did not file any moving papers. As such, Defendants' proposed briefing schedule excludes this deadline.