

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DAVID S. THAYER
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

December 6, 2023

*Via ECF*

The Honorable Robert W. Lehrburger
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Granted.

SO ORDERED:

12/7/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:  **Ware v. Brann, *et al.*, No. 21 CV 2028 (PGG)(RWL)**

Dear Magistrate Judge Lehrburger:

    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, the Honorable Sylvia O. Hinds-Radix, attorney for Defendants in the above-referenced action. I write to respectfully request a brief, 4-day extension of the briefing schedule for the parties' cross motions for summary judgment in this action.

    This extension is requested due to a recent unexpected illness that resulted in a period during which I was out of the office, resulting in time lost for the cross motion's finalization, as well as the need to adjust and to meet various case deadlines affected by my absence. As such, I respectfully request a brief, 4-day extension to December 12, 2023, of Defendants' time to cross move.

The requested 4-day extension would adjust the deadlines as follows: [1]

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants' cross-moving and opposition papers due on or before | December 8, 2023 | December 12, 2023 |
| Plaintiff's reply and opposition papers due on or before | January 18, 2024 | January 22, 2024 |
| Defendants' reply papers due on or before | February 12, 2024 | February 16, 2023 |

This is the third request by Defendants for an extension of the parties' briefing schedule on their cross motions for summary judgment, the first having been granted on October 23, 2023, (ECF No. 111), and the second on November 27, 2023, (ECF No. 114). Due to Plaintiffs' incarceration and his *pro se* status, I am unable to receive his consent to this application in advance of its submission.

I thank the Court for its consideration of this request.

Respectfully yours,

*/s/ David S. Thayer*

David S. Thayer

cc:   ***Via First-Class Mail***
      Walter Ware
      ID#22B1979
      Green Haven Correctional Facility
      P.O. Box 4000
      Stormville, NY 12582
      *Plaintiff pro se*

---

[1] Plaintiff did not file any moving papers. As such, Defendants' proposed briefing schedule excludes this deadline.