USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
WALTER WARE

                  Plaintiff,

   - against -

CYNTHIA BRANN, *et al.,*

                 Defendants.
------------------------------------------------------------X

21-CV-2028 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In light of Plaintiff's change of address (see Dkt. 127), the Clerk of Court is respectfully directed to mail to Plaintiff at that address a copy of the memo endorsed letter at Dkt. 126 (which earlier had been sent to Plaintiff's previous address).

.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 8, 2024
       New York, New York