UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

WALTER WARE

              Plaintiff,

  - against -

CYNTHIA BRANN, *et al.*,

              Defendants.

------------------------------------------------------------X

21-CV-2028 (DEH) (RWL)

**ORDER**

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2024**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On January 18, 2024, the Court ordered Plaintiff to file his opposition to Defendant's motion for summary judgment by April 22, 2024. (Dkt. 126.) Plaintiff has not done so. The Court sua sponte grants an extension; accordingly, Plaintiff shall file his opposition, if any, by July 31, 2024. If Plaintiff fails to file any opposition by July 31, 2024, the Court will consider Defendant's motion for summary judgment fully briefed.

                                                      SO ORDERED.

                                              _____
                                              ROBERT W. LEHRBURGER
                                              UNITED STATES MAGISTRATE JUDGE

Dated: June 26, 2024
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff at the below address.

Walter Ware
ID#22B1979
Clinton Correctional Facility
P.O. Box 2000
Dannemora, NY 12929