**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WALTER WARE,

                Plaintiff,

-against-                                    21 **CIVIL** 2028 (DEH)

                                                      **JUDGMENT**

CYNTHIA BRANN, et al.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 16, 2024, Defendants' unopposed motion is GRANTED. The Court is sympathetic to Plaintiff's stress and anguish regarding the risk of COVID-19 during the time period of the Complaint (i.e., September 2020 to March 2021). However, on the record presented, Defendants are entitled to summary judgment on Plaintiff's claims; accordingly, the case is closed.

**Dated:** New York, New York

      September 16, 2024

                                                                 **DANIEL ORTIZ**
                                                        **Acting Clerk of Court**

                                  **BY:**     *K. Mango*

                                                               **Deputy Clerk**